[No. 42581-5-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT E. MCGREGOR, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00312-7, David L. Edwards, J., entered September 12, 2011. *Reversed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Van Deren, J.

[No. 65675-9-I.   Division One.   July 2, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LAZARO ISAIAS NICIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00108-1, Ronald Kessler, J., entered July 12, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Becker and Ellington, JJ.

[No. 65833-6-I.   Division One.   July 2, 2012.]

BORDAK BROTHERS, INC., *Plaintiff*, v. PACIFIC COAST STUCCO, LLC, *Defendant*.

LEDCOR INDUSTRIES (USA), INC., ET AL., *Appellants*, v. SQI, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-29583-4, Richard D. Eadie, J., entered July 16, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Appelwick, J.